# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY YERKES,<br><br>Defendant. | Nos. CR02-0007<br><br>ORDER FOR DEFENDANT'S RELEASE |

On the 22nd day of April 2015, this matter came on for hearing on the Government's request to have the Defendant detained prior to a revocation hearing and the Defendant's request for a preliminary hearing. The Government was represented by Assistant United States Attorney Matthew J. Cole. The Defendant appeared personally and was represented by his attorney, Cory Goldensoph. For the reasons stated by the Court on the record at the time of hearing, the Court finds Defendant should be released pending the hearing before Chief Judge Reade.

## ORDER

IT IS THEREFORE ORDERED as follows:

1. The Court finds probable cause exists that Defendant violated his supervised release.

2. The request for detention made at the initial appearance on revocation proceedings is hereby **DENIED**. Defendant shall be released from custody pending the hearing before Chief Judge Reade on May 6, 2015. Defendant is subject to all of the

terms and conditions previously imposed for his supervised release. If Defendant violates any of those conditions of release, he is subject to immediate arrest.

DATED this 22nd day of April, 2015.

_____
JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA